UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBEW LOCAL 90 PENSION FUND, On Behalf of Itself and All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK AG, et al.,<br><br>                  Defendants. | Civil Action No. 11-cv-04209-KBF-JCF<br><br>CLASS ACTION<br><br>LEAD PLAINTIFFS' AND IBEW LOCAL 90 PENSION FUND'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION AND TO INCLUDE IBEW LOCAL 90 PENSION FUND AS A NAMED PLAINTIFF |

854160_1

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that IBEW Local 90 Pension Fund, Building Trades United Pension Trust Fund, the Steward Global Equity Income Fund and the Steward International Enhanced Index Fund (collectively, the "Funds" or "Lead Plaintiffs"), will move the Honorable Katherine B. Forrest, United States District Court Judge for the Southern District of New York, on October 4, 2013, at 11:00 a.m. or at such other time as may be designated by the Court, at 500 Pearl Street, New York, NY 10007, for an order: (1) certifying the class as defined in the Memorandum of Law; (2) appointing the Funds as class representatives; (3) appointing Robbins Geller Rudman & Dowd LLP as class counsel; and (4) to include IBEW Local 90 Pension Fund as a named plaintiff. In support of this motion, Lead Plaintiffs submit the accompanying documents:

- Lead Plaintiffs' and IBEW Local 90 Pension Fund's Memorandum of Law in Support of the Motion for Class Certification and to Include IBEW Local 90 Pension Fund as a Named Plaintiff;

- Declaration of Declaration of Michael A. Marek;

- Declaration of Ashley M. Price in Support of Lead Plaintiffs' and IBEW Local 90 Pension Fund's Motion for Class Certification and to Include IBEW Local 90 Pension Fund as a Named Plaintiff; and

- [Proposed] Order Granting Lead Plaintiffs' and IBEW Local 90 Pension Fund's Motion for Class Certification and to Include IBEW Local 90 Pension Fund as a Named Plaintiff.

DATED: July 1, 2013                         ROBBINS GELLER RUDMAN
                                             & DOWD LLP
                                            JOHN K. GRANT


                                            _____
                                                    s/ John K. Grant
                                                    JOHN K. GRANT

- 1 -

854160_1

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ASHLEY M. PRICE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

LAW OFFICE OF ALFRED G.
  YATES, JR., P.C.
ALFRED G. YATES, JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
Telephone:  412/391-5164
412/471-1033 (fax)

Additional Counsel for Plaintiff

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 1, 2013.

s/ John K. Grant
JOHN K. GRANT

ROBBINS GELLER RUDMAN
  & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: johnkg@rgrdlaw.com

854160_1

# Mailing Information for a Case 1:11-cv-04209-KBF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Charles Alan Gilman**
  cgilman@cahill.com

- **John K. Grant**
  johnkg@rgrdlaw.com,ptiffith@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **David George Januszewski**
  djanuszewski@cahill.com

- **Ashley M. Price**
  APrice@rgrdlaw.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,johnkg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Gerald Louis Rutledge**
  yateslaw@aol.com

- **Curtis Victor Trinko**
  ctrinko@gmail.com

- **Alfred Glenn Yates**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gregory Campora
ROBERT M. CHEVERIE & ASSOCIATES
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT 06108

David C. Walton
Robbins Geller Rudman & Dowd LLP (SANDIEGO)
655 West  Broadway
Suite  1900
San Diego, CA 92101
```